FILED
CLERK, U.S. DISTRICT COURT
JUN -1 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___AR___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Victor Manuel Salgado-Diaz DEFENDANT(S). | CASE NUMBER CR12-521 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Monday, June 4th__, __2012__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Patrick J. Walsh__, in Courtroom __"22"/(5th Flr) Spring__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __6/1/12__          __/s/ PJ Walsh__
                              U.S. District Judge/Magistrate Judge